UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                                    26-CR-43 (JPO)

RAMON MARTINEZ,                                                   ORDER
                                        Defendant.

J. PAUL OETKEN, District Judge:

Before the Court is the Government's motion for a protective order pursuant to Rule

16(d)(1) of the Federal Rules of Criminal Procedure, which Defendant has opposed.  (ECF Nos.

8, 9, 10.)

A protective order under Rule 16(d)(1) is warranted only upon a showing of good cause,

which exists "when a party shows that disclosure will result in a clearly defined, specific and

serious injury." *In re Terrorist Attacks on Sept. 11, 2001*, 454 F. Supp. 2d 220, 222 (S.D.N.Y

2006) (citing *Shingara v. Skiles*, 420 F.3d 301, 206 (3d Cir. 2005)).  "Broad allegations of harm,

unsubstantiated by specific examples or articulated reasoning, do not support a good cause

showing."  *United States v. Smith*, 985 F.Supp. 2d 506, 523 (S.D.N.Y. 2013).  The court must

"ensure that the protection afforded to discovery information is no broader than is necessary to

accomplish the proffered goals of the protective order."  *Id*. at 524.

Having considered the parties' arguments, the Court concludes that the Government has

not established good cause for entry of a protective order under Rule 16.  Specifically, the Court

cannot find good cause for restricting Defendant's access to materials to which he already has

unrestricted access by virtue of the productions made in his earlier state court proceeding.  *See*

*United States v. White*, 24-CR-300 (DEH), ECF No. 14 at 3 (May 31, 2024); *United States v.*

*Seales*, 20-CR-359 (PAE), ECF No. 20 (Tr. 28) (Aug. 19, 2020).

1

2

Accordingly, the Government's motion for a protective order is denied.

The Clerk of Court is directed to terminate the motions at ECF Nos. 8 and 9.

SO ORDERED.

Dated: March 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

2